The People of the State of New York, Respondent, v. Lawrence P. Mingey, Appellant.

*Appeal — motion to dismiss for failure to file return granted.*

People v. *Mingey,* 207 App. Div. 805, appeal dismissed.

(Submitted February 24, 1925; decided March 3, 1925.)

Motion to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 11, 1923, which affirmed an order of the Court of General Sessions of the Peace, denying a motion to vacate and set aside a verdict and judgment.

The motion was made upon the ground of failure to file the return.

*Joab H. Banton, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.